278

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Perry K. Coleman,

          Plaintiff,

v.

Ramsey County Jail,

          Defendant.

Case No. 24-CV-1941 (KMM/JFD)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate David T. Schultz, dated September 11, 2024. No objections have been filed to that R&R in the time period permitted. In fact, the Court has received no communication whatsoever from Mr. Coleman since he filed his action on July 17, 2024.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is accepted in full.

**IT IS HEREBY ORDERED** that**:**

1. This action is **DISMISSED** without prejudice for failure to prosecute.

Date: **January 22, 2025**                    *s/ Katherine M. Menendez*
                                              Katherine M. Menendez
                                              United States District Judge